JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOHN CECIL CABE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL D. ANTONOVICH,<br><br>　　　　Respondent. | Case No. 2:23-cv-10422-FWS-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the findings, conclusions, and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition and Amended Petition in this matter are denied and the action is dismissed without prejudice.

DATED: January 28, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE